JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE OREA, ET AL., | CV 10-9447 PA (DTBx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| GREENPOINT MORTGAGE FUNDING INC., ET AL., | |
| Defendants. | |

Pursuant to the Court's Minute Order of February 14, 2011, granting the dismissal of plaintiffs Charlie and Brenda Orea's ("Plaintiffs'") claims against defendants JPMorgan Chase Bank, N.A., Jamie Dimon, EMC Mortgage Corporation, Bear Stearns Residential Mortgage Corporation, Mortgage Electronic Registrations Systems, Inc., GreenPoint Mortgage Funding, Inc., Orange Coast Title Company, Quality Loan Service and LSI LPS Title Funds Division of Fidelity Title Company ("Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiffs on their claims for violation of the Home Ownership Equity Protection Act, Real Estate Settlement Procedures Act, Truth in Lending Act, Fair Credit Reporting Act, and Racketeer Influenced and Corrupt Organizations Act.


1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
2  nothing and that Defendants shall have their costs of suit.
3  IT IS SO ORDERED.
4  DATED: February 14, 2011       _____
5                                         Percy Anderson
                                  UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28